# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1726          **Short Title:** California v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California                                                                                               as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ Ian Fein                                                    8/1/2025
Signature                                                       Date

Ian Fein
Name

California Department of Justice                               415-510-3466
Firm Name (if applicable)                                      Telephone Number

455 Golden Gate Ave., Suite 11000
Address                                                        Fax Number

San Francisco CA 94102                                         ian.fein@doj.ca.gov
City, State, Zip Code                                          Email (required)

Court of Appeals Bar Number: 1217211

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).