IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE
OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE
OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF
MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF
NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND;
STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs-Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the
United States; PAMELA BONDI, in the official capacity as Attorney General
of the United States; UNITED STATES ELECTION ASSISTANCE
COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of
the U.S. Election Assistance Commission; THOMAS HICKS, in the official
capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY
MCCORMICK, in the official capacity as Commissioner of the U.S. Election
Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity
as Commissioner of the U.S. Election Assistance Commission; PETE
HEGSETH, in the official capacity as Secretary of Defense,

Defendants-Appellants.

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

Defendants-Appellants and Plaintiffs-Appellees respectfully and jointly move this Court, pursuant to Federal Rule of Appellate Procedure 27, to modify the briefing schedule in the above-captioned matter as set forth below.

## BACKGROUND

**1.** This is an appeal of a preliminary injunction entered by the district court barring implementation of certain sections of Executive Order 14,248. The district court held that the Plaintiff States were likely to succeed on the merits of their claims that the challenged provisions in the Executive Order are unlawful.

**2.** Under this Court's current briefing schedule, Defendants' Opening Brief is due on September 23, 2025, Plaintiffs' Answering Brief would be due 30 days later (i.e., October 23, 2025), and Defendants' Reply Brief would be due 21 days after that (i.e., November 13, 2025).

## ARGUMENT

Counsel for Plaintiffs and Defendants have met and conferred regarding the briefing schedule in this case. Both parties respectfully request a modest amount of additional time in which to file their briefs due

to other litigation matters with due dates during the relevant time periods.

Joshua Waldman, counsel for Defendants-Appellants, is principally responsible for drafting the briefs on behalf of Defendants-Appellants. Mr. Waldman will be engaged in other litigation matters during the relevant time period, including principal responsibility for drafting the Government's reply brief in *City and County of San Francisco v. Trump*, 9th Cir. No. 25-3998 (due September 22, 2025). Michael Raab, co-counsel for Defendants-Appellants, is responsible for supervising the drafting of the briefs on behalf of Defendants-Appellants. Mr. Raab will be engaged in other litigation matters during the relevant time period, including supervising the Government's briefs in the following matters: *Texas Tobacco Barn LLC v. FDA*, 5th Cir. No. 25-60200 (answering brief due September 3, 2025); *Butte County v. Department of Energy*, 9th Cir. No. 25-2453 (answering brief September 8, 2025); *D and A Business Inv. LLC v. FDA*, D.C. Cir. No. 25-1074 (answering brief due September 12, 2015); *Oak Lawn Respiratory and Rehabilitation Ctr. v. SBA*, 7th Cir. 25-1346 (answering brief due September 15, 2025); *LeBlanc v. US Privacy and Civil Liberties Oversight Bd.*, D.C. Cir. No. 25-5197 (reply brief due September 19, 2025); *Talbott v. Trump*,

D.C. Cir. No. 25-5087 (opening brief due September 23, 2025).

Ian Fein, counsel for Plaintiff-Appellee State of California, is principally responsible for drafting the answering brief on behalf of Plaintiffs-Appellees. He will also be engaged in other litigation matters during the relevant time period, including principal responsibility for drafting the answering brief in *PWGG, LP v. Bonta*, 9th Cir. No. 25-2509 (due October 30, 2025).

The parties have agreed upon a modified briefing schedule that would provide sufficient time for all counsel without unduly delaying the briefing of the appeal. There is good cause for the requested additional time to ensure that counsel have adequate time to complete their internal review processes and to finalize their briefs in a way that will be most helpful to the Court. The parties therefore respectfully move this Court to modify the briefing schedule as follows:

Defendants' Opening Brief due on October 7, 2025

Plaintiffs' Answering Brief due on November 20, 2025

Defendants' Reply Brief due on December 18, 2025

Respectfully submitted,

_/s/ Joshua Waldman_

Joshua Waldman
Attorney
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.,
Room 7527
Washington, D.C.  20530-0001
(202) 514-0236

*Counsel for Defendants-Appellants*

_/s/ Ian Fein_

Ian Fein
Deputy Solicitor General
State of California
Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 510-3466

*Counsel for Plaintiff-Appellee State of California*

*(On Behalf of All Plaintiffs-Appellees)*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that the foregoing JOINT MOTION TO MODIFY BRIEFING SCHEDULE complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains no more than 524 words and no more than 4 pages.  I also hereby certify that the foregoing motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5), because it uses Book Antiqua 14-point font.


  s/ Joshua Waldman
Joshua Waldman
Counsel for Defendants-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I caused to be filed with

the Court and served on all counsel through the CM/ECF system the

foregoing JOINT MOTION TO MODIFY BRIEFING SCHEDULE.


 s/ Joshua Waldman
Joshua Waldman
Counsel for Defendants-Appellees