# United States Court of Appeals
## For the First Circuit

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants - Appellants.

### ORDER OF COURT

Entered: October 14, 2025

Appellants' unopposed motion for stay, in light of the lapse in appropriations, "until Department of Justice attorneys . . . resume their usual civil litigation functions" is granted. The government shall notify this court forthwith when those functions are resumed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael S. Raab
Donald Campbell Lockhart
Joshua Paul Waldman
Brett Allen Shumate
Abraham R. George
Nicole Marie O'Connor
Ian Fein
Anne P. Bellows
Kevin Lee Quade
Lisa Catherine Ehrlich
Malcolm Andreas Brudigam
Michael Surren Cohen
Heidi Parry Stern
Craig A. Newby
Anne L. Sterman
Michael Patrick Moore Jr.
Phoebe Fischer-Groban
Chris Pappavaselio
Karen J. Hartman-Tellez
Shannon Wells Stevenson
Peter Baumann
Maura Bridget Murphy
Vanessa L. Kassab
Ian R. Liston
Maryanne Donaghy
David Dana Day
Kalikoʻonālani Diara Fernandes
Alex Hemmer
Jonathan Richard Bolton
Adam D. Kirschner
Julia Doyle
Daniel Michael Kobrin
Erik Grill
Elizabeth C. Kramer
Angela Behrens
Meghan Musso
James Grayson
Judith N. Vale
James J. Arguin
Ryan P. Kane
Aaron Bibb
Jonathan Benjamin Miller
Brendan Jarboe