# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1726     **Short Title:** State of California et al v. Tru

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>See Attachment</u> as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

<u>/s/ Laura E. Myron</u>
Signature

<u>10.31.25</u>
Date

<u>Laura E. Myron</u>
Name

<u>U.S. Department of Justice</u>
Firm Name (if applicable)

<u>202.514.4819</u>
Telephone Number

<u>950 Pennsylvania Ave NW, Room 7228</u>
Address

Fax Number

<u>Washington, DC 20530</u>
City, State, Zip Code

<u>laura.e.myron@usdoj.gov</u>
Email (required)

Court of Appeals Bar Number: <u>1176943</u>

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes     Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

The Clerk will enter my appearance as counsel on behalf of:

- PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States;
- PAMELA BONDI, in the official capacity as Attorney General of the United States;
- UNITED STATES ELECTION ASSISTANCE COMMISSION;
- DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission;
- THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission;
- CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission;
- BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission;
- PETE HEGSETH, in the official capacity as Secretary of Defense