IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs-Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants-Appellants.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Undersigned counsel Joshua Waldman hereby respectfully moves to withdraw as counsel for Defendants-Appellants in the above-captioned matter.  Mr. Waldman's final day of employment at the Department of Justice will be Friday, November 7, 2025.  Michael S. Raab and Laura Myron will remain as counsel for Defendants-Appellants.

Respectfully submitted,

  /s/ Joshua Waldman

Joshua Waldman
Attorney
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W., Room 7527
Washington, D.C.  20530-0001
(202) 514-0236

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains no more than 46 words and no more than 2 pages.  I also hereby certify that the foregoing motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5), because it uses Book Antiqua 14-point font.

                                          /s/ Joshua Waldman  
                                          Joshua Waldman  
                                          Counsel for Defendants-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I caused to be filed with the Court and served on all counsel through the CM/ECF system the foregoing MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS.

 s/ Joshua Waldman
Joshua Waldman
Counsel for Defendants-Appellees