

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-4819

November 20, 2025

**Via CM/ECF**

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: *California et al v. Trump et al*, No. 25-1726

Dear Ms. Dubrovsky:

The United States writes to provide notice that Department of Justice attorneys have resumed their usual civil litigation functions. Based on the Court's prior order, I understand that all case deadlines have been extended by the duration of the lapse in appropriations plus 14 days, *i.e.*, 43 days plus 14 days = 57 days. Thus, our understanding is that appellees' brief(s) are due no later than January 5, 2026, absent any further extension(s).

Sincerely,

*/s/ Laura E. Myron*
Laura E. Myron

cc: All counsel (via CM/ECF)