# United States Court of Appeals
## For the First Circuit

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants - Appellants.

**ORDER OF COURT**

Entered: November 24, 2025

On October 14, 2025, the court entered an order granting the government's motion for a stay of proceedings in light of the lapse in appropriations. The government has now filed a letter informing the court that DOJ attorneys have resumed their civil litigation functions and requesting that the deadline for appellees' brief be set for January 5, 2026. In light of this filing, the stay of proceedings is lifted. The government's brief, if compliant, shall be accepted by the clerk's office. Assuming the government's brief is deemed compliant, appellees' brief shall be filed on or before January 5, 2026. Any reply brief shall be filed within 21 days of service of the response brief.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael S. Raab, Donald Campbell Lockhart, Joshua Paul Waldman, Brett Allen Shumate, Abraham R. George, Nicole Marie O'Connor, Laura Myron, Ian Fein, Anne P. Bellows, Kevin Lee Quade, Lisa Catherine Ehrlich, Malcolm Andreas Brudigam, Michael Surren Cohen, Heidi Parry Stern, Craig A. Newby, Anne L. Sterman, Michael Patrick Moore Jr., Phoebe Fischer-Groban, Chris Pappavaselio, Karen J. Hartman-Tellez, Shannon Wells Stevenson, Peter Baumann, Maura Bridget Murphy, Vanessa L. Kassab, Ian R. Liston, Maryanne Donaghy, David Dana Day, Kalikoʻonālani Diara Fernandes, Alex Hemmer, Jonathan Richard Bolton, Adam D. Kirschner, Julia Doyle, Daniel Michael Kobrin, Erik Grill, Elizabeth C. Kramer, Angela Behrens, Meghan Musso, James Grayson, Judith N. Vale, James J. Arguin, Ryan P. Kane, Aaron Bibb, Jonathan Benjamin Miller, Brendan Jarboe, Robert N. Driscoll, William J. Olson, Jeremiah Morgan