# United States Court of Appeals
## For the First Circuit

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants - Appellants.

### ORDER OF COURT

Entered: December 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to submit paper copies of the brief and appendix filed on November 24, 2025. It is ordered that if paper copies of the brief and appendix are not filed on or before **December 16, 2025**, this case may be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James J. Arguin, Peter Baumann, Angela Behrens, Anne P. Bellows, Aaron Bibb, Jonathan Richard Bolton, Malcolm Andreas Brudigam, Michael Surren Cohen, David Dana Day, Maryanne Donaghy, Julia Doyle, Robert N. Driscoll, Lisa Catherine Ehrlich, Ian Fein, Kalikoʻonālani Diara Fernandes, Phoebe Fischer-Groban, Abraham R. George, James Grayson, Erik Grill, Karen J. Hartman-Tellez, Alex Hemmer, Brendan Jarboe, Ryan P. Kane, Vanessa L. Kassab, Adam D. Kirschner, Daniel Michael Kobrin, Elizabeth C. Kramer, Ian R. Liston, Donald Campbell Lockhart, Jonathan Benjamin Miller, Michael Patrick Moore Jr., Jeremiah Morgan, Maura Bridget Murphy, Meghan Musso, Laura Myron, Craig A. Newby, Nicole Marie O'Connor, William J. Olson, Chris Pappavaselio, Kevin Lee Quade, Michael S. Raab, Brett Allen Shumate, Anne L. Sterman, Heidi Parry Stern, Shannon Wells Stevenson, Judith N. Vale, Joshua Paul Waldman