

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

Tel: 202-305-1754

VIA CM/ECF

December 22, 2025

Anastasia Dubrovsky
Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

     RE:   *California, et al. v. Trump, et al.*, No. 25-1726 (1st Cir.)

Defendants provide notice of the attached stipulation, entered December 22, 2025, by the district court in this case. The parties agreed that Section 2(d) of the challenged Executive Order, No. 14,248, does not have any application to any state or local agency and defendants stipulated that no defendant would take any action pursuant to the Executive order to require a plaintiff State or its designated state or local voter registration agencies under 52 U.S.C. § 20506(a) to assess a person's citizenship prior to providing them with a federal voter registration form. *See* Dkt. 175 at 3.[1] In exchange, the plaintiff States agreed to dismiss their challenges to Section 2(d) of the Executive Order.

---

     [1] Section 2(d) of the Executive order provides that "[t]he head of each Federal voter registration executive department or agency . . . under the National Voter Registration Act, 52 U.S.C. § 20506(a), shall assess citizenship prior to providing a Federal voter registration form to enrollees of public assistance programs." Executive Order No. 14,248.

The stipulation renders the portion of the preliminary injunction that prohibits Defendants from enforcing Section 2(d) of the Executive Order against plaintiff States moot. *See Harris v. University of Massachusetts Lowell*, 43 F.4th 187, 191 n.6 (1st Cir. 2022) ("Given the district court's final order of dismissal, the students' appeal from the preliminary injunction ruling is moot, as that order 'was merged in the final judgment dismissing the case." (quoting *Chaparro-Febus v. International Longshoremen Ass'n, Local 1575*, 983 F.2d 325, 331 n.5 (1st Cir. 1992) (additional quotation marks omitted)).

Sincerely,
/s/ *Laura E. Myron*
Laura E. Myron
Counsel for Defendants-Appellants

## CERTIFICATE OF SERVICE

I certify that on December 22, 2025, I electronically filed the foregoing

with the Clerk of the United States Court of Appeals for the First Circuit by

using the appellate CM/ECF system, which will serve all counsel of record.

/s/ *Laura E. Myron*
LAURA E. MYRON

## CERTIFICATE OF COMPLIANCE

I certify that this letter complies with the word limitations of Federal

Rule of Appellate Procedure 28(j) because it contains 255 words.

/s/ *Laura E. Myron*
LAURA E. MYRON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

STATE OF CALIFORNIA; STATE OF
NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF ARIZONA;
STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE;
STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF
MARYLAND; PEOPLE OF THE STATE OF
MICHIGAN; STATE OF MINNESOTA;
STATE OF NEW JERSEY; STATE OF NEW
MEXICO; STATE OF NEW YORK; STATE
OF RHODE ISLAND; STATE OF
VERMONT; STATE OF WISCONSIN,

*Plaintiffs,*

v.

DONALD J. TRUMP, in his official capacity
as President of the United States; PAMELA
BONDI, in her official capacity as Attorney
General of the United States; UNITED
STATES ELECTION ASSISTANCE
COMMISSION; DONALD L. PALMER, in
his official capacity as Chairman of the U.S.
Election Assistance Commission; THOMAS
HICKS, in his official capacity as Vice Chair
of the U.S. Election Assistance Commission;
CHRISTY McCORMICK and BENJAMIN W.
HOVLAND, in their official capacities as
Commissioners of the U.S. Election Assistance
Commission; PETE HEGSETH, in his official
capacity as Secretary of Defense,

*Defendants.*

</td><td>

No. 1:25-cv-10810-DJC

</td></tr>
</table>

**STIPULATION REGARDING VOLUNTARY CONDITIONAL DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CHALLENGES TO SECTION 2(d) OF THE EXECUTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs California, Nevada,

Massachusetts, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland,

Michigan, Minnesota, New Jersey, New Mexico, New York, Rhode Island, Vermont, and

Wisconsin (Plaintiff States), and Defendants Donald Trump, Pamela Bondi, U.S. Election

Assistance Commission, Donald Palmer, Thomas Hicks, Christy McCormick, Benjamin Hovland,

and Pete Hegseth (Defendants), by and through their respective counsel of record, hereby submit

this joint stipulation regarding voluntary dismissal:

     *Whereas*, on March 25, 2025, Defendant President Donald J. Trump issued Executive

Order No. 14248, entitled "*Preserving and Protecting the Integrity of American Elections*"

("EO").

     *Whereas*, Section 2(d) of the EO states that "[t]he head of each Federal voter registration

executive department or agency (agency) under the National Voter Registration Act, 52 U.S.C.

20506(a), shall assess citizenship prior to providing a federal voter registration form to enrollees

of public assistance programs."

     *Whereas*, on April 3, 2025, Plaintiff States filed a complaint, alleging that Section 2(d) of

the EO, if extended to State and local agencies designated under the NVRA, is ultra vires and

unconstitutionally commandeers State personnel and resources.  D. 1, ¶¶ 9, 49(b), 92.

     *Whereas*, on June 13, 2025, the Court issued a preliminary injunction, enjoining

Defendants from "implementing Section 2(d)" on the grounds that "[n]either the Constitution nor

the NVRA . . . affords the President the power to conscript states (here, voter registration

agencies in the States that include public assistance agencies) to carry out his Executive Order

mandates."  D. 107 at 24-25; D. 108 at 2.

     *Whereas*, on June 13, 2025, shortly after the Court issued its preliminary injunction,

Defendants filed a motion to dismiss, affirmatively representing that Section 2(d) of the EO

"does not state that it applies to Plaintiff States, who are neither federal departments or agencies

nor enrollees of public assistance programs." D. 109 at 9-10. Defendants further argued,

"[b]ecause section 2(d) does not apply to Plaintiffs, they lack standing to challenge this

provision." *Id.* at 10.

*Whereas*, in its order on the motion to dismiss, the Court acknowledged that the wording

of Section 2(d) "leav[es] some ambiguity over to which voter registration agencies § 2(d)

applies." D. 132 at 14; *see generally id.* at 13-17.

*Whereas*, the Plaintiffs are willing to dismiss their claim challenging Section 2(d),

without prejudice, pursuant to a binding Court order clarifying that the provision does not apply

to a Plaintiff State or its designated state or local voter registration agencies under 52 U.S.C.

§ 20506(a).

NOW THEREFORE, the Parties stipulate to dismissal without prejudice of Plaintiffs'

challenge to Section 2(d) subject to the following terms:

- The Parties stipulate and the Court orders that Section 2(d) of the EO, which

  requires the heads of Federal voter registration agencies to assess citizenship prior

  to providing a Federal voter registration form to enrollees of public assistance

  programs, does not have any application to any state or local agency.

- Defendants stipulate that no Defendant will take any action pursuant to the

  Executive Order to require a Plaintiff State or its designated state or local voter

  registration agencies under 52 U.S.C. § 20506(a) to assess a person's citizenship

  prior to providing them with a federal voter registration form.

- Plaintiff States' challenges to Section 2(d) of the EO are dismissed without

  prejudice subject to Defendants' agreement that this provision has no application

  to state or local agencies.

- This Court shall retain jurisdiction to enforce the terms of dismissal set out herein for a period of four years from the date of the entry of the order.

IT IS SO STIPULATED.


December 11, 2025                                    Respectfully submitted.

                                                    ROB BONTA
                                                      ATTORNEY GENERAL OF CALIFORNIA

                                                    /s/ Anne P. Bellows
                                                      Anne P. Bellows*
                                                        Deputy Attorney General
                                                      Thomas S. Patterson*
                                                        Senior Assistant Attorney General
                                                      Michael S. Cohen*
                                                      Malcolm A. Brudigam*
                                                      Kevin L. Quade*
                                                      Lisa Ehrlich*
                                                      Nicholas R. Green (BBO No 698510)
                                                        Deputy Attorneys General
                                                    Office of the California Attorney General
                                                    455 Golden Gate Avenue, Suite 11000
                                                    San Francisco, CA 94102
                                                    (415) 510-3847
                                                    Anne.Bellows@doj.ca.gov
                                                    Counsel for the State of California
                                                     *Admitted pro hac vice

                                                    (additional counsel on following pages)

December 11, 2025                          Respectfully submitted.

                                           BRETT A. SHUMATE
                                           Assistant Attorney General

                                           ERIC J. HAMILTON
                                           Deputy Assistant Attorney General
                                           Civil Division, Federal Programs Branch

                                           JOSEPH E. BORSON
                                           Assistant Director
                                           Civil Division, Federal Programs Branch

                                           */s/ Marianne Kies*
                                           Marianne Kies
                                           Trial Attorney
                                           U.S. Department of Justice, Civil Division
                                           1100 L Street, NW Washington, DC 20005
                                           (202) 353-1819
                                           Marianne.F.Kies@usdoj.gov

                                           NICOLE M. O'CONNOR
                                           Assistant U.S. Attorney
                                           U.S. Attorney's Office
                                           John Joseph Moakley U.S. Courthouse
                                           1 Courthouse Way, Suite 9200
                                           Boston, MA 02210
                                           (617) 748-3112
                                           Nicole.O'Connor@usdoj.gov

                                           *Attorneys for Defendants*

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
    Solicitor General
Craig Newby*
    First Assistant Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-9246
hstern@ag.nv.gov
*Counsel for the State of Nevada*


**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ M. Patrick Moore*
M. Patrick Moore (BBO No. 670323)
    First Assistant Attorney General
Anne Sterman (BBO No. 650426)
    Chief, Government Bureau
Phoebe Fischer-Groban (BBO No. 687068)
    Deputy Chief, Constitutional & Administrative Law Division
Chris Pappavaselio (BBO No. 713519)
    Assistant Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2495
Pat.Moore@mass.gov
*Counsel for the Commonwealth of Massachusetts*


**KRISTIN K. MAYES**
Attorney General of the State of Arizona

By: */s/ Joshua M. Whitaker*
Joshua M. Whitaker*
Karen J. Hartman-Tellez*
Kara Karlson*
    Assistant Attorneys General
2005 North Central Ave.
Phoenix, AZ 85004
(602) 542-7738
Joshua.Whitaker@azag.gov
*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: */s/ Shannon Stevenson*
Shannon Stevenson*
 Solicitor General
Peter Baumann*
 Senior Assistant Attorney General
1300 Broadway
Denver, Colorado 80203
(720) 508-6400
shannon.stevenson@coag.gov
*Counsel for the State of Colorado*


**WILLIAM TONG**
Attorney General for the State of Connecticut

*/s/  Maura Murphy*
Maura Murphy*
 Deputy Associate Attorney General
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov
*Counsel for the State of Connecticut*


**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Maryanne T. Donaghy*
Maryanne T. Donaghy*
 Deputy Attorney General
Vanessa L. Kassab
 Deputy Attorney General
Ian R. Liston
 Director of Impact Litigation
820 N. French Street
Wilmington, DE 19801
(302) 683-8843
maryanne.donaghy@delaware.gov
*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ David D. Day*
David D. Day*
    Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
    Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
 david.d.day@hawaii.gov
*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
**Attorney General for the State of Illinois**

By: */s/ Vikas Didwania*
Vikas Didwania*
    Complex Litigation Counsel
Elizabeth B. Scott*
    Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(312) 814-3316
Vikas.Didwania@ilag.gov
*Counsel for the State of Illinois*


**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Jonathan R. Bolton*
Jonathan R. Bolton*
    Assistant Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
Jonathan.Bolton@maine.gov
*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Adam D. Kirschner*
Adam D. Kirschner*
    Senior Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6424
akirschner@oag.state.md.us
*Counsel for the State of Maryland*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Erik Grill*
Erik Grill*
Danny Haidar*
Heather S. Meingast*
    Assistant Attorneys General
525 W. Ottawa, 5th Floor
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov
*Counsel for the People of the State of Michigan*


**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Peter J. Farrell*
Peter J. Farrell*
    Deputy Solicitor General
Angela Behrens*
    Assistant Attorney General
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us
*Counsel for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General Of New Jersey

By: */s/ Meghan K. Musso*
Meghan K. Musso*
Jonathan Mangel*
    Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
meghan.musso@law.njoag.gov
*Counsel for the State of New Jersey*


**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ James W. Grayson*
James W. Grayson*
    Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov
*Counsel for the State of New Mexico*


**LETITIA JAMES**
Attorney General of New York

By: */s/ Colleen K. Faherty*
Colleen K. Faherty*
    Special Trial Counsel
28 Liberty Street
New York, NY 10005
(212) 416-6046
Colleen.Faherty@ag.ny.gov
*Counsel for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ James J. Arguin*
James J. Arguin (BBO No. 557350)
    Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

10

Tel: (401) 274-4400, Ext. 2078
jarguin@riag.ri.gov
*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane*
    Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov
*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    Assistant Attorney General
P.O. Box 7857
Madison, WI  53707-7857
(608) 287-4713
GibsonCJ@DOJ.STATE.WI.US
*Counsel for the State of Wisconsin*

*\*Admitted pro hac vice*

**SO ORDERED** this <u>22nd</u> day of <u>December</u> , 2025

By: _____
Hon. Denise J. Casper
United States District Judge

## CERTIFICATE OF SERVICE

I, Anne P. Bellows, hereby certify that I served a true copy of the above document upon all counsel of record via this Court's electronic filing system.

Dated:  December 11, 2025

*/s/ Anne P. Bellows*
Anne P. Bellows
Deputy Attorney General
*Counsel for the State of California*

12