# United States Court of Appeals
## For the First Circuit

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants - Appellants.

### CALENDARING NOTICE

Issued: February 24, 2026

This case is presently scheduled to be called for oral argument on **Tuesday, April 7, 2026, at 9:30 a.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel

presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: GENERAL ORDER 22-1.

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Leah C. Aden
James J. Arguin
Anna Marks Baldwin
Peter Baumann
Angela Behrens
Anne P. Bellows
Richard D. Bernstein
Aaron Bibb
Tyler L. Bishop

Jonathan Richard Bolton
Aria Branch
Malcolm Andreas Brudigam
Michael Surren Cohen
David Dana Day
Maryanne Donaghy
Julia Doyle
Robert N. Driscoll
Shannon Eddy
Lisa Catherine Ehrlich
Norman Larry Eisen
Marc E. Elias
Ian Fein
Kalikoonalani Diara Fernandes
Phoebe Fischer-Groban
Abraham R. George
Brianne J. Gorod
James Grayson
Jon M. Greenbaum
Erik Grill
Karen J. Hartman-Tellez
Alex Hemmer
Ethan Herenstein
John B. Hill
Sarah A. Hunger
Brendan Jarboe
Ryan P. Kane
Vanessa L. Kassab
Adam D. Kirschner
Daniel Michael Kobrin
Elizabeth C. Kramer
Sophia Lin Lakin
Danielle Marie Lang
Ian R. Liston
Donald Campbell Lockhart
Lalitha Madduri
Tianna Jade Mays
Jonathan Benjamin Miller
Michael Patrick Moore Jr.
Jeremiah Morgan
Maura Bridget Murphy
Meghan Musso
Laura Myron
Peter F. Neronha
Craig A. Newby
Nicole Marie O'Connor

William J. Olson
Chris Pappavaselio
Clayton Pierce
Kevin Lee Quade
Michael S. Raab
Jacob D. Shelly
Brett Allen Shumate
Anne L. Sterman
Heidi Parry Stern
Shannon Wells Stevenson
William M. Tong
Judith N. Vale
Joshua Paul Waldman
Brenda Wright