No. 25-1726

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF
MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW
YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs-Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States;
PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED
STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official
capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official
capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in
the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W.
HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission;
PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants-Appellants.

_____

**ASSENTED TO MOTION TO CONTINUE OR
RESCHEDULE ORAL ARGUMENT**

The United States respectfully moves for an order continuing or otherwise rescheduling oral argument, which is currently scheduled for April 7, 2026. In support of this motion, the United States further states as follows:

1. Undersigned counsel is lead counsel in this appeal. On February 24, 2026, the Clerk issued a calendaring notice scheduling this case for oral argument on April 7, 2026.

2. Undersigned counsel has recently been scheduled to undergo surgery on April 7, 2026. Undersigned counsel did not advise this Court of the scheduling of the surgery in reliance on this Court's Internal Operating Procedure VII.A, which states that "[b]efore the hearing list is finally established, the Clerk notifies the parties by letter of the proposed date for hearing the case so that counsel may contact the Clerk if it appears that a scheduling conflict exists."

3. The United States therefore respectfully requests that the Court continue or otherwise reschedule oral argument to allow undersigned counsel to present oral argument. Counsel requests that oral argument not be scheduled for March 23-25, 2026, due to a conflicting oral argument in the D.C. Circuit in *Medical Imaging & Technology Alliance*, No. 25-7174 (D.C. Circuit), for April 6, 2026, due to pre-op preparation, or for six weeks following April 7, 2026, to allow for sufficient recovery.

4. Undersigned counsel has conferred with counsel for appellees, who have stated their position on this motion is as follows: "Plaintiffs do not oppose defendants' motion. As between moving the argument to an earlier or later date, however, plaintiffs note that the latter option could promote judicial economy, for two reasons. First, the Supreme Court may decide *Watson v. Republican National Committee*, No. 24-1260 (set for argument March 23, 2026), and resolve one of the issues in this appeal. Second, the

district court may decide the parties' cross motions for summary judgment (hearing held February 26, 2026), which could narrow the issues in this interlocutory appeal or otherwise bear on these appellate proceedings."

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court continue or otherwise reschedule oral argument in this case.

Respectfully submitted,

MICHAEL S. RAAB
*/s/ Laura E. Myron*
LAURA E. MYRON
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7228*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   (202) 514-4819

Dated: February 26, 2026

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 360 words, excluding those portions exempted by Rule 32(f). It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

                                        */s/ Laura E. Myron*
                                        LAURA E. MYRON

**CERTIFICATE OF SERVICE**

I certify that on February 26, 2026, I filed and served the foregoing document with the Clerk of the Court by causing a copy to be electronically filed via appellate CM/ECF. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                  /s/ *Laura E. Myron*
                                                  Laura E. Myron