# United States Court of Appeals
## For the First Circuit

---

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF
MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF
CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS;
STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF
MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW
YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States;
PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED
STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official
capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the
official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY
MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance
Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S.
Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of
Defense,

Defendants - Appellants.

---

## ORDER OF COURT

Entered: February 27, 2026

The motion of Appellant President Donald J. Trump, et al. to reschedule oral argument is
granted. The case is removed from the calendar for Tuesday, April 7, 2026, and it will be called at
oral argument on Wednesday, December 9, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Michael S. Raab, Donald Campbell Lockhart, Joshua Paul Waldman, Brett Allen Shumate,
Abraham R. George, Nicole Marie O'Connor, Laura Myron, Ian Fein, Anne P. Bellows, Kevin

Lee Quade, Lisa Catherine Ehrlich, Malcolm Andreas Brudigam, Michael Surren Cohen, Heidi Parry Stern, Craig A. Newby, Anne L. Sterman, Michael Patrick Moore Jr., Phoebe Fischer-Groban, Chris Pappavaselio, Karen J. Hartman-Tellez, Shannon Wells Stevenson, Peter Baumann, William M. Tong, Maura Bridget Murphy, Vanessa L. Kassab, Ian R. Liston, Maryanne Donaghy, David Dana Day, Kalikoʻonālani D. Fernande, Alex Hemmer, Sarah A. Hunger, Jonathan Richard Bolton, Adam D. Kirschner, Julia Doyle, Daniel Michael Kobrin, Erik Grill, Elizabeth C. Kramer, Angela Behrens, Meghan Musso, James Grayson, Judith N. Vale, Peter F. Neronha, James J. Arguin, Ryan P. Kane, Aaron Bibb, Jonathan Benjamin Miller, Shannon Eddy, Brendan Jarboe, Robert N. Driscoll, William J. Olson, Jeremiah Morgan, Richard D. Bernstein, Brianne J. Gorod, John B. Hill, Brenda Wright, Leah C. Aden, Sophia Lin Lakin, Clayton Pierce, Ethan Herenstein, Marc E. Elias, Lalitha Madduri, Jacob D. Shelly, Aria Branch, Tyler L. Bishop, Jon M. Greenbaum, Anna Marks Baldwin, Danielle Marie Lang, Norman Larry Eisen, and Tianna Jade Mays.