**No. 25-1726**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

---

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

*Plaintiffs-Appellees*,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; PAMELA BONDI, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the District of Massachusetts

---

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 42(b), the government voluntarily dismisses its appeal of the preliminary injunction, *see California v. Trump*, No. 25-cv-11801, Dkt. 107 (D. Mass. June 13, 2025), in light of the district court's entry of final judgment and a permanent

injunction, *see California v. Trump*, No. 25-cv-10810, Dkt. 190 (D. Mass. June 24, 2026). Preliminary injunctions, "which are interlocutory by nature, cannot survive a final order of dismissal." *Chaparro-Febus v. International Longshoremen Ass'n, Local 1575*, 983 F.2d 325, 331 n.5 (1st Cir. 1993). The government has appealed from the final judgment and that appeal remains pending before this Court. *See California v. Trump*, No. 26-2038 (1st Cir.).

Respectfully submitted,

MICHAEL S. RAAB

*/s/ Laura E. Myron*
LAURA E. MYRON
Attorneys, Appellate Staff
Civil Division, Room 7228
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-4819

OCTOBER 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this notice complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 113 words, according to the count of Microsoft Word.

*/s/ Laura E. Myron*
LAURA E. MYRON