**No. 25-1726**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

---

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAIʻI; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

*Plaintiffs-Appellees,*

*v.*

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; TODD BLANCHE, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the District of Massachusetts

---

## NOTICE OF NON-OPPOSITION TO VOLUNTARY DISMISSAL

---

Plaintiffs-Appellees hereby respectfully provide notice that they do not oppose Defendants-Appellants' requested voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Dated: October 20, 2026

Respectfully Submitted,


ROB BONTA
*Attorney General of California*

*s/ Ian Fein*

SAMUEL T. HARBOURT
*Solicitor General*
THOMAS S. PATTERSON
*Senior Assistant Attorney General*
IAN FEIN
*Deputy Solicitor General*
ANNE P. BELLOWS
MALCOLM A. BRUDIGAM
MICHAEL S. COHEN
LISA C. EHRLICH
NICHOLAS R. GREEN
KEVIN L. QUADE
*Deputy Attorneys General*
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-3466
Ian.Fein@doj.ca.gov

*Counsel for the State of California*

AARON D. FORD
*Attorney General of Nevada*

HEIDI PARRY STERN
*Solicitor General*
CRAIG A. NEWBY
*First Assistant Attorney General*
KIEL B. IRELAND
*Chief of Special Litigation*
1 State of Nevada Way
Las Vegas, NV 89119
(702) 486-9246
kireland@ag.nv.gov

*Counsel for the State of Nevada*

ANDREA JOY CAMPBELL
*Attorney General of Massachusetts*

DAVID C. KRAVITZ
*State Solicitor*
VANESSA A. ARSLANIAN
*State Trial Counsel*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2107
Vanessa.Arslanian@mass.gov

*Counsel for the Commonwealth of Massachusetts*

KRISTIN K. MAYES
*Attorney General of Arizona*

KAREN J. HARTMAN-TELLEZ
KARA KARLSON
*Assistant Attorneys General*
2005 North Central Avenue
Phoenix, AZ 85004
(602) 542-8323
Karen.Hartman@azag.gov

*Counsel for the State of Arizona*

PHILIP J. WEISER
*Attorney General of Colorado*

SHANNON STEVENSON
*Solicitor General*
PETER BAUMANN
*Senior Assistant Attorney General*
1300 Broadway
Denver, CO 80203
(720) 508-6400
Shannon.Stevenson@coag.gov

*Counsel for the State of Colorado*

WILLIAM TONG
*Attorney General of Connecticut*

MAURA MURPHY
*Deputy Associate Attorney General*
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
(860) 808-5020
Maura.Murphy@ct.gov

*Counsel for the State of Connecticut*

KATHLEEN JENNINGS
*Attorney General of Delaware*

VANESSA L. KASSAB
*Deputy Attorney General*
IAN R. LISTON
*Director of Impact Litigation*
820 N. French Street
Wilmington, DE 19801
(302) 683-8875
Ian.Liston@delaware.gov

*Counsel for the State of Delaware*

ANNE E. LOPEZ
*Attorney General of Hawaiʻi*

KALIKOʻONĀLANI D. FERNANDES
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1393
Kaliko.D.Fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

KWAME RAOUL
*Attorney General of Illinois*

ALEX HEMMER
*Deputy Solicitors General*
VIKAS DIDWANIA
*Complex Litigation Counsel*
115 S. LaSalle Street
Chicago, IL 60603
(312) 814-5526
Alex.Hemmer@ilag.gov

*Counsel for the State of Illinois*

AARON M. FREY
*Attorney General of Maine*

JONATHAN R. BOLTON
*Assistant Attorney General*
6 State House Station
Augusta, ME 04333
(207) 626-8800
Jonathan.Bolton@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
*Attorney General of Maryland*

JULIA DOYLE
*Solicitor General*
ADAM D. KIRSCHNER
*Senior Assistant Attorney General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6424
akirschner@oag.state.md.us

*Counsel for the State of Maryland*

DANA NESSEL
*Attorney General of Michigan*

NEIL GIOVANATTI
ERIK GRILL
HEATHER S. MEINGAST
*Assistant Attorneys General*
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
grille@michigan.gov

*Counsel for the State of Michigan*

KEITH ELLISON
*Attorney General of Minnesota*

PETER J. FARRELL
*Acting Solicitor General*
ANGELA BEHRENS
*Assistant Attorney General*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 757-1424
Peter.Farrell@ag.state.mn.us

*Counsel for the State of Minnesota*

JENNIFER DAVENPORT
*Attorney General of New Jersey*

MEGHAN K. MUSSO
JONATHAN MANGEL
*Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5276
Meghan.Musso@law.njoag.gov

*Counsel for the State of New Jersey*

RAÚL TORREZ
*Attorney General of New Mexico*

ANJANA SAMANT
*Deputy Counsel*
BAILEY COLFAX
*Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
bcolfax@nmdoj.gov

*Counsel for the State of New Mexico*

LETITIA JAMES
*Attorney General of New York*

BARBARA D. UNDERWOOD
*Solicitor General*
JUDITH N. VALE
*Deputy Solicitor General*
28 Liberty Street
New York, NY 10005
(212) 416-6274
Judith.Vale@ag.ny.gov

*Counsel for the State of New York*

PETER F. NERONHA
*Attorney General of Rhode Island*

JAMES J. ARGUIN
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400
jarguin@riag.ri.gov

*Counsel for the State of Rhode Island*

CHARITY R. CLARK
*Attorney General of Vermont*

RYAN P. KANE
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.Kane@vermont.gov

*Counsel for the State of Vermont*

JOSHUA L. KAUL
*Attorney General of Wisconsin*

CHARLOTTE GIBSON
*Assistant Attorney General*
P.O. Box 7857
Madison, WI 53707
(608) 266-0810
GibsonCJ@doj.state.wi.us

*Counsel for the State of Wisconsin*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 25 words. This document also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

*/s/ Ian Fein*
Ian Fein

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system.

Dated: October 20, 2026

*/s/ Ian Fein*
Ian Fein