# United States Court of Appeals
## For the First Circuit

No. 25-1726

STATE OF CALIFORNIA; STATE OF NEVADA; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

PRESIDENT DONALD J. TRUMP, in the official capacity as President of the United States; TODD BLANCHE, in the official capacity as Attorney General of the United States; UNITED STATES ELECTION ASSISTANCE COMMISSION; DONALD L. PALMER, in the official capacity as Chairman of the U.S. Election Assistance Commission; THOMAS HICKS, in the official capacity as Vice Chair of the U.S. Election Assistance Commission; CHRISTY MCCORMICK, in the official capacity as Commissioner of the U.S. Election Assistance Commission; BENJAMIN W. HOVLAND, in the official capacity as Commissioner of the U.S. Election Assistance Commission; PETE HEGSETH, in the official capacity as Secretary of Defense,

Defendants - Appellants.

**JUDGMENT**

Entered: October 21, 2026

Upon consideration of Appellants' motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2). Mandate will issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael S. Raab, Donald Campbell Lockhart, Joshua Paul Waldman, Brett Allen Shumate, Abraham R. George, Nicole Marie O'Connor, Laura Myron, Ian Fein, Anne P. Bellows, Kevin Lee Quade, Lisa Catherine Ehrlich, Malcolm Andreas Brudigam, Michael Surren Cohen, Heidi Parry Stern, Craig A. Newby, Anne L. Sterman, Michael Patrick Moore Jr., Phoebe Fischer-Groban, Chris Pappavaselio, Karen J. Hartman-Tellez, Shannon Wells Stevenson, Peter Baumann, William M. Tong, Maura Bridget Murphy, Vanessa L. Kassab, Ian R. Liston, Maryanne Donaghy, Kalikoʻonālani Diara Fernandes, Alex Hemmer, Sarah A. Hunger, Jonathan Richard Bolton, Adam D. Kirschner, Julia Doyle, Daniel Michael Kobrin, Erik Grill, Elizabeth C. Kramer, Angela Behrens, Meghan Musso, James Grayson, Judith N. Vale, Peter F. Neronha, James J. Arguin, Ryan P. Kane, Aaron Bibb, Jonathan Benjamin Miller, Shannon Eddy, Brendan Jarboe, Robert N. Driscoll, William J. Olson, Jeremiah Morgan, Richard D. Bernstein, Brianne J. Gorod, John Brent Hill, Brenda Wright, Leah C. Aden, Sophia Lin Lakin, Clayton Pierce, Ethan Herenstein, Marc E. Elias, Lalitha Madduri, Jacob D. Shelly, Aria Branch, Tyler L. Bishop, Jon M. Greenbaum, Anna Marks Baldwin, Danielle Marie Lang, Norman Larry Eisen, Tianna Jade Mays